Rory J. Vohwinkel, Esq.
**VOHWINKEL & ASSOCIATES**
Nevada Bar # 8709
9980 W. Flamingo Road
Las Vegas, NV 89147
Telephone: (702) 838-3874
Fax: (702) 838-9132
*Attorney for Plaintiff Frederick Karony*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK KARONY, an individual, | CASE NO.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| DOLLAR LOAN CENTER, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited liability company, DOES I-V, inclusive; and ROE ENTITIES VI-X, inclusive, | DEMAND FOR JURY TRIAL |
| Defendants. | |

### JURISDICTION

1.     The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), and the FCRA, 15 U.S.C § 1681p, and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiffs' claims arose from the acts of the Defendants perpetrated therein.

### PRELIMINARY STATEMENT

2.     This action is instituted in accordance with and to remedy Defendants' violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter "FCRA") and other related state law obligations brought as supplemental claims hereto.

3.     In 2008, Defendants Dollar Loan Center, LLC ("Dollar Loan Center") and Clark County Collection Service, LLC ("CCCS") initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff.

4.     As a result of these and other violations of law, Plaintiff hereby seeks to recover actual, exemplary, punitive and statutory damages together with reasonable attorney's fees and costs and repairing Plaintiff's damaged credit.

PARTIES

5.     Plaintiff Frederick ("Fred") Karony is a natural person who reside in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section § 1692a (3) and 15 U.S.C. § 1681a and allegedly owes a "debt" as defined by 15 U.S.C. §1692a (5).

6.     Defendant Dollar Loan Center is a Nevada limited liability company, the principal purpose of its business is providing loans to individuals, operating a loan store from its principal place of business in Las Vegas, Nevada.

7.     Defendant CCCS is a Nevada limited liability company, the principal purposes of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Las Vegas, Nevada and regularly collects or attempts to collect debts owed or due or asserted to be owed or due by another, and is a "debt collector" as defined by 15 U.S.C. §1692a (6).

FACTUAL ALLEGATIONS

8.     Plaintiff repeats, realleges and asserts all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

9.     Michelle Karony, Fred's wife, entered into a promissory note (the "Promissory Note") with Dollar Loan Center located in Las Vegas, Nevada, whereby Dollar Loan Center loaned Michelle Karony $1,500 (the "Loan"). **EXHIBIT A**.

10.     Plaintiff Fred Karony did not sign the Promissory Note or agree to be responsible for the Promissory Note or the Loan in any way.

11.     On or about August 17, 2007, a dispute arose between Michelle Karony and Dollar Loan Center regarding the payments under the terms of the Promissory Note.

12.     Michelle Karony requested a repayment program for the Loan but was denied.

13.     Sometime after July 15, 2008, Dollar Loan Center enlisted the services of Defendant CCCS to collect the debt under the Promissory Note.

14.     On or about July 15, 2008, Defendant CCCS filed a lawsuit in the Justice Court, Las Vegas Township, Case # 08C-031336 (the "Lawsuit"), on behalf of Dollar Loan Center against both Plaintiff Fred Karony and Michelle Karony. **EXHIBIT B.**

15.     On or about August 5, 2008, the Lawsuit was served on Plaintiff Fred and on Michelle Karony at their home at 4020 Perfect Lure Street, Las Vegas, NV 89129. **EXHIBIT C.**

16.     On or about December 1, 2008, the Justice Court, Las Vegas Township, Clark County, Nevada entered an Order granting Fred and Michelle Karony's Motion to Dismiss, dismissing the Complaint filed by CCCS against Fred and Michelle Karony. **EXHIBIT D.**

17.     On or about July 27, 2009, the Justice Court, Las Vegas Township, Clark County, Nevada granted CCCS's Motion for Reconsideration on Fred and Michelle Karony's Motion to Dismiss and vacated the Order that dismissed the Lawsuit. **EXHIBIT E.**

18.     On or about August 27, 2009, the Justice Court, Las Vegas Township, Clark County, Nevada ordered that Plaintiff Fred Karony be removed from the Lawsuit because he did not sign the Promissory Note or in any way obligate himself to the Loan. **EXHIBIT F.**

19.     Starting in or about March 2008, Defendant CCCS began reporting the alleged debt to the Credit Reporting Agencies, wherein such alleged debt became a negative mark on Plaintiff's credit report. **EXHIBITS G and H.**

20.     In or about December 2008, and multiple times thereafter, Plaintiff requested that all three credit bureaus remove any derogatory marks related to the alleged debt owed to Dollar Loan Center and/or CCCS from Plaintiff's credit report, providing them with proof that he was not responsible for the Note or the Loan. **EXHIBIT H.**

21.     On March 25, 2009, TransUnion deleted the debt allegedly owed to CCCS from Fred Karony's credit report. **EXHIBIT H.**

22.     In March 2009, Fred Karony also requested that Experian remove CCCS from his credit report; however, CCCS verified this was his account even after sending similar proof that the account did not belong to him. **EXHIBIT H.**

23.     On or about April 17, 2009, Experian finally deleted CCCS from Fred Karony's credit report after several disputes; however, the April 2009 credit report from Equifax shows the last date of activity as 4/09. **EXHIBIT H.** This was never Fred Karony's debt and should have been removed completely from his credit report.

24.     In March 2009, Fred Karony requested that Equifax remove the debt allegedly owed to CCCS from his credit report; however, Equifax stated that the debt had been verified by CCCS despite sending 30 pages of documentation supporting the fact that the Loan did not belong to him. **EXHIBIT H.**

25.     As of June 23, 2009, Fred Karony had requested that Equifax remove the debt allegedly owed to CCCS from his credit report seven (7) times, but CCCS continues to wrongfully report this as his debt. **EXHIBIT H.**

26.     As of September 4, 2009, even after Fred Karony was dismissed out of the Lawsuit on the grounds that he was never obligated on the Loan or the Promissory Note, CCCS continues to verify the Loan as his debt. **EXHIBIT H.**

27.     The debt under the Loan was never Fred Karony's debt and should have never appeared on his credit report.

28.     Fred Karony continues to dispute the debt from CCCS and Dollar Loan Center, but as recently as September 12, 2009, Equifax continues to show the debt as verified. **EXHIBIT H.**

29.     Despite the knowledge that Plaintiff properly disputed the alleged debt, Defendants have ignored this information and verified the alleged debt to credit reporting agencies, and continues to do so as to Equifax.

30.     Defendant Dollar Loan Center and CCCS have harassed Plaintiffs in violation of 15 U.S.C. § 1692 (d) and 15 U.S.C. § 1681s-2, after knowledge that Plaintiffs disputed this debt.

31.     Defendants Dollar Loan Center and/or CCCS have knowingly continued to provide negative reports to the three major Credit Bureaus, despite Plaintiffs properly disputing the debt to them and to Defendants and requesting that it be removed.

32.     Plaintiff's credit scores continue to drop because of such conduct.

33.     Defendants actions of reporting false information to the Credit Bureaus and failing to communicate that the debt was disputed is in violation of, among others, 15 U.S.C § 1692 (e) (8).

34.     The foregoing acts and omissions of Defendants were undertaken by them willfully, maliciously and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiffs.

35.     The foregoing acts and omissions of Defendants were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

36.     As a proximate result of the foregoing acts and omissions of Defendants, Plaintiff has suffered actual damages and injury, including, but not limited, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiffs should be compensated in an amount to be proven at trial.

37.     As a result of the foregoing acts and omissions of Defendants, and in order to punish Defendants for its outrageous and malicious conduct, as well as to deter it from committing similar acts in the future as part of its debt collection efforts, Plaintiffs are entitled to recover punitive damages in the amount to be proven at trial.

CAUSES OF ACTION

COUNT I

38.     The foregoing acts and omissions of the Defendants constitute violations of the FDCPA, including but not limited to, Sections 1692d, 1692e, 1692f, 1692i and 1692g.

39.     Plaintiff is entitled to recover statutory damages, exemplary and punitive damages, actual damages, and reasonable attorney's fees and costs.

COUNT II

40.     The foregoing acts and omissions of the Defendants constitute violations of the FCRA, including but not limited to, Section 1681s-2.

41.     Plaintiff is entitled to recover statutory damages, exemplary and punitive damages, actual damages, and reasonable attorney's fees and costs.

COUNT III

42.     The foregoing acts and omissions constitute defamation as to Plaintiff's character.

43.     By reporting negative and false information to the Credit Bureau as to Plaintiff's alleged debt and by filing suit against Plaintiff, Defendants published a false and defamatory statement about Plaintiff to third parties.

44.     Defendants knew and/or should have known it was false, or in the alternative, should have waited to report any negative credit remarks until the debt was no longer disputed.

45.     Defendants' published the statement negligently or in reckless disregard of the truth.

46.     Plaintiff demanded a retraction and Defendants intentionally and/or negligently refused to retract the negative information to the Credit Bureau Agencies.

47.     Plaintiff was damaged by a direct and proximate result of Defendants' actions.

48.     Plaintiff is entitled to recover exemplary and punitive damages, actual damages, and reasonable attorney's fees and costs.

COUNT IV

49.     The forgoing acts and omissions constitute Professional Negligence by Defendants.

50.     Defendants have a duty to use prudence and diligence as other members of the debt collection and financial services industry commonly possess and exercise.

51.     Defendants breached that duty by maliciously reporting and pursuing Plaintiff on a loan that he did not take out among other acts that breached the duty.

52.     Plaintiff was damaged as a direct and proximate result of Defendant's actions.

53.     Plaintiff is entitled to recover exemplary and punitive damages, actual damages, and reasonable attorney's fees and costs.

COUNT V

54.     The forgoing acts and omissions constitute Intentional Infliction of Emotional Distress.

55.     The Defendants' behaved extremely and outrageously by continuously reporting and pursuing the debt, which Plaintiff was not responsible for among other actions.

56.     The Defendants' behavior was intentional or recklessly done to cause emotional distress to the Plaintiff and thereby force him to pay on a loan that was not in his name.

57.     The Plaintiff as a result of Defendants' actions suffered severe and extreme emotional distress

58.     Plaintiff was damaged as a direct and proximate result of Defendant's actions.

59.     Plaintiff is entitled to recover exemplary and punitive damages, actual damages, and reasonable attorney's fees and costs.

COUNT VI

60.     The forgoing acts and omissions constitute Abuse of Process.

61.     The Defendants' suit of Plaintiff in Nevada District Court was a willful attempt to use the court process to make Plaintiff pressure Plaintiff's wife to pay loan among other acts.

62.     The Defendant's willfully used the lawsuit and court process to for a motive other than pursuit of a rightful claim.

63.     Plaintiff was damaged as a direct and proximate result of Defendant's actions.

64.     Plaintiff is entitled to recover exemplary and punitive damages, actual damages, and reasonable attorney's fees and costs.

COUNT VII

65.     The forgoing acts and omissions constitute Negligence per se.

66.     The Defendants' have a public duty under Nevada Revised Statutes to carry out collection agency activities and installment loans in a certain manner to protect the public.

67.     Defendants' violated this duty by reporting and pursuing Plaintiff on a loan that he did not take out among other acts that breached the duty.

68.     Plaintiff was damaged as a direct and proximate result of Defendant's actions.

69.     Plaintiff is entitled to recover exemplary and punitive damages, actual damages, and reasonable attorney's fees and costs.

WHEREFORE, Plaintiffs pray that this Honorable Court grant the following relief:

1.   Award of actual damages;

2.   Award exemplary and punitive damages as allowed and warranted by NRS 42 and as allowed under *Countrywide Home Loans v Titchener*, 192 P3d 243 (2008);

3.   Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k, 15 U.S.C. § 1681n and/or 15 U.S.C. § 1681o;

4.   Award of attorney's fees and costs incurred including attorney's fees as provided by statute and *Sand Valley Associates v Sky Ranch Estate Owners Association, et al,* 117 Nev 948, 35 P3d (2001), for fees which were natural and proximate consequence of the injurious conduct;

5.   Special damages in an amount according to proof at trial;

6.   Cost of suit;

7.   Require Defendants to remove all credit reporting and repair Plaintiff's credit status with all Credit Bureau and Credit Reporting Services; and

8.   Grant such other and further relief as it deems just and proper.

Dated this 27th day of May, 2010.

**VOHWINKEL & ASSOCIATES**

/s/ Rory J. Vohwinkel
_____
Rory J. Vohwinkel, Esq.
9980 W. Flamingo Road
Las Vegas, NV 89147
P: 702-838-3874
F: 702-838-9132
*Attorney for Plaintiffs Frederick Karony*

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all issues so triable as provided by Rule 38(b) of the Federal Rules of Civil Procedure.

**VOHWINKEL & ASSOCIATES**

/s/ Rory J. Vohwinkel

Rory J. Vohwinkel, Esq.
9980 W. Flamingo Road
Las Vegas, NV 89147
P: 702-838-3874
F: 702-838-9132
*Attorney for Plaintiff Frederick Karony*

# EXHIBIT A

## CONSUMER FIXED RATE NOTE AND DISCLOSURE STATEMENT

DATE: 04/19/2007

BORROWER: Michelle Karony     LOAN #: 300743

BORROWER ADDRESS: 4020 Perfect Lure ST, Las Vegas, NV 89129    SSN: ▓▓▓▓▓▓

CO-BORROWER:

CO-BORROWER ADDRESS:     SSN:

In this Consumer Fixed Rate Note and Disclosure Statement (sometimes referred to as "Agreement"), the words I, Me and My refer to the borrower(s). The words You, Your, and Lender refer to Dollar Loan Center, 3051 N. Rainbow Blvd, Las Vegas, NV 89108 **702-656-6666.**

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me: | Amount Financed The amount of credit provided to me or on my behalf: | Total of Payments The amount I will have paid after I have made all payments as scheduled: | Itemization of Amount Financed | |
|---|---|---|---|---|---|
| 260.71% | $3,975.00 | $1,500.00 | $5,475.00 | Payoff other Loan to Dollar Loan Center | $0.00 |
| | | | | Fees | $0.00 |
| | | | | Other | $0.00 |
| | | | | Cash Given | $1,500.00 |
| | | | | Total | $1,500.00 |

**Payment Schedule:**
Fifty-two (52) payments in the amount of $75.00 each due every seven (7) days thereafter starting on 04/26/2007 and a final payment of $1,575.00 on 04/24/2008

**Late Charge:** If any payment is not paid on the due date, I will pay a late charge of 1% of the principal balance each day I am late.

**Prepayment:** I may prepay all or any portion of my debt under this Agreement at any time without penalty.

**Additional Information:** See the remainder of this Agreement and any related contract documents for more information about nonpayment, default of any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

### PROMISSORY NOTE

For value received, I promise to pay to you, or your order, at your address above, the principal sum of $1,500.00:

One Thousand Five Hundred Dollars & no Cents

plus interest from 04/19/2007 at the rate of 260.71% per year until 04/24/2008. Payments will be made according to the payment schedule.

**INTEREST CALCULATION:** The interest on this Note shall be calculated on the basis of the number of days elapsed over a 365/366-day year. Interest accruing on this Note shall be calculated on a daily basis throughout the term of the Note or until the note is paid in full.
**PREPAYMENT/REPAYMENT:** I have the right to repay this Note in full at any time without penalty. In the event of partial prepayment of principal during the term of the Note, interest shall be calculated based upon the current principal balance. If I prepay in part, I must still make each later payment as it becomes due until this Note is paid in full.
**RIGHT TO RESCIND:** I have the right to rescind this Note and pay no finance charge or other fee. In order to rescind, I must return the full amount borrowed, in cash or certified funds, to the lender on or before the close of business on the next business day following the date on the Note.
**DEFAULT:** Should the indebtedness represented by this Note have to be referred to an outside collection agency for collections, there will be a 30% Collection Fee added to the Borrowers total balance (principal, interest, and late fees). See second page for details.

BORROWER: _Michelle Karony_      CO-BORROWER: _____

**BORROWER'S REPRESENTATIONS AND WARRANTIES:** As an inducement to Lender to make this loan, I hereby make the following representations and warranties, including the agreement to arbitrate disputes.

Borrower Initial ___MDK___                                        Co-Borrower Initial _____

1. I have authority to execute, deliver and perform this Agreement.
2. There are no legal actions or proceedings (including bankruptcy proceedings) pending, threatened or contemplated by or against me.

**ARBITRATION:** Any and all controversies, claims, alleged breaches or disputes arising out of or relating in any way to this Agreement, including whether any controversy, claim, alleged breach or dispute is subject to arbitration, and including, without limitation, any and all claims that would otherwise be subject to class actions, shall be subject to binding arbitration pursuant to the Commercial Arbitration Rules of American Arbitration Association.

**DEFAULT:** I will be in default of this loan if any of the following occurs:
  a. I fail to make a payment in full when due;
  b. I die, am declared incompetent, or become insolvent;
  c. I fail to keep promise I have made in connection with this loan;
  d. I fail to pay, or keep any other promise on any other loan agreement I have with Lender;
  e. I make any written statement or provide any financial information that is untrue or inaccurate at the time it is provided;
  f. Any creditor of mine attempts to collect any debt I owe through court proceedings, set-off, or self-help repossession;
  g. I fail to provide any additional security Lender may require; or
  h. anything else happens that causes Lender to believe that the Lender will have difficulty collecting the amount I owe Lender.

**REMEDIES:** If I am in default on this loan, Lender may:
  a. declare unpaid principal, earned interest, and all other agreed charges I owe Lender under this loan immediately due;
  b. use the right of set-off as explained below;
  c. demand security or new parties obligated to this loan (or both) in return for not using any other remedy; and
  d. use any remedy Lender has under state or federal law.
By choosing any one of these remedies Lender does not give up Lender's right to use another remedy later. By deciding not to use any remedy should I be in default, Lender does not give up Lender's right to consider the event a default if it happens again.

**ATTORNEY FEES AND COSTS:** Should the indebtedness represented by this Note, or any part hereof, be collected at law, in equity, or in any bankruptcy, receivership of other court proceeding, or this Note be placed in the hands of any attorney for collection after default, Borrower agrees to pay, in addition to the principal and interest due hereon, all reasonable attorney fees, plus all other costs and expenses of collection and enforcement, including any fees incurred in connection with such proceedings or collection of the Note and/or enforcement of the Lender's rights with respect to the administration, supervision, preservation or protection of, or realization upon, any property securing payment hereof. Should the indebtedness represented by this note Default and have to be referred to an outside collection agency for collection, there will be a 30% Collection Fee added to the Borrowers total balance (principal, interest, late fees). Both parties agree that legal action may be filed in Las Vegas Justice Court. Both parties waive other jurisdictional venues that may be available to them.

**NOTIFICATION REQUIREMENT:** Both Parties agree to notify the other of any change in address, phone number or employment within 24 hours thereof, and further agree to pay any expenses the other may incur in having to search for the other party.

**SEVERABILITY:** If any provision of this Note is held invalid or unenforceable, such provision will be considered changed to the extent necessary to comply with law, and the validity or enforceability or any other provision will not be affected.

**MISCELLANEOUS:**
  a. The failure of Lender to act to exercise any right or remedy shall not in any way affect or impair the obligation of Borrower to Lender, or constitute a waiver by Lender of, or otherwise affect any of, Lender's rights under this Note, under any endorsement or guaranty of this Note or under any document or instrument evidencing any security for payment of this Note.
  b. Borrower waives presentment, demand, protest and notice of nonpayment.
  c. All titles used in the Note are intended solely for convenience and reference; said titles shall not affect any terms, provision, or meanings of the Note.
  d. This Note shall be construed in accordance with the laws of the State of Nevada.
  e. I authorize Lender to check my credit and employment history and to answer questions about my transactions.

The Federal Truth-In-Lending Disclosures set forth above and the additional terms and conditions set forth on page one are specifically incorporated by reference in this Note. I read and was given a completed copy of this Note and Federal Truth-In-Lending Disclosures prior to signing this Note. I understand and agree to the terms of this Note. I understand that I have a right to rescind this loan as detailed in this Note. This Note represents the final agreement, and there are no other oral or written agreements between parties.

_Michelle Karony_ 4, 19, 07          _____
  "Borrower"          Date                   "Co-Borrower"          Date

*I have read and received a copy of this loan agreement and disclosure statement and agree to the terms

# EXHIBIT B

Miriam E. Rodriguez, Esq.
Law Office of Miriam E. Rodriguez P.C.
Nevada Bar #9425
1650 E Sahara Ave #2
Las Vegas, NV 89104
702-733-9292

357720

FILED

JUL 15  11 43 AM '08

JUSTICE COURT
LAS VEGAS  JGB04
BY _____ PUTY

## JUSTICE COURT LAS VEGAS TOWNSHIP

## CLARK COUNTY, NEVADA

| | |
|---|---|
| CLARK COUNTY COLLECTION SERVICE, LLC | Case No: 0 8 C - 0 3 1 3 3 6 |
| Plaintiff | Dept No: 7 |
| vs. | |
| MICHELLE KARONY | |
| FREDERICK KARONY | |
| Defendant(s) | |

## COMPLAINT ON A PROMISSORY NOTE, BREACH OF CONTRACT, AND FOR MONIES DUE AND OWING

Comes now the plaintiff, Clark County Collection Service, LLC, a limited liability company qualified to do business and doing business in the State of Nevada, by and through counsel Miriam E. Rodriguez, Esq. and for its cause of action against defendant, alleges as follows:

### I.        JURISDICTIONAL ALLEGATIONS

1.  Plaintiff, Clark County Collection Service, LLC, a limited liability company (hereafter: CCCS) duly licensed to conduct collection services in Nevada.

2.  Based on information and belief, plaintiff alleges that defendant, was at all times relevant herein a resident of Nevada.

3.  Dollar Loan Center/Rainbow is a Nevada company licensed to provide loans in Nevada, and is located at 6122 W Sahara Ave, ,

    Las Vegas,  NV 89146.

1

Ltr 5800

## II.   GENERAL ALLEGATIONS

Please be advised that this is an attempt to collect a debt and any information obtained will be used for that purpose. You should also be aware that consumers have the following rights. Within 30 days from the receipt of this complaint you may:

    a.  Dispute the validity of this debt or any part thereof; if you do not, the debt will be presumed to be valid.

    b.  Notify us in writing that all or a part of the debt is disputed or that you wish to know the name and address of the original creditor if different from the current creditor; in which case we will provide the requested information and obtain verification of the debt.

1. On or about April 19, 2007,   a Promissory Note was made between the defendant and Dollar Loan Center/Rainbow for the amount of $1500.00 for service provided by Dollar Loan Center/Rainbow.

2. This note was to be paid back to Dollar Loan Center/Rainbow on or before September 7, 2007.

3. Defendant did not pay the total amount due by September 7, 2007 pursuant to terms of the promissory note.

4. Dollar Loan Center/Rainbow has duly assigned this past due and owing account to plaintiff, CCCS, to collect the same.

## III.  FIRST CAUSE OF ACTION

## PROMISSORY NOTE

5. Plaintiff hereby realleges all previous Paragraphs and by this reference incorporates the same herein as though set forth in full.

6. On April 19, 2007 defendant signed a Promissory Note agreement for $ 1500.00 with Dollar Loan Center/Rainbow.

7. Pursuant to terms of this note, defendant would pay monies to Dollar Loan Center/Rainbow for services provided by Dollar Loan Center/Rainbow.

Ltr 5800

8   Dollar Loan Center/Rainbow did perform its requisite services on behalf of defendant fulfilling all of its obligations pursuant to an agreement between defendant and Dollar Loan Center/Rainbow.

9.   Defendant has breached the terms of the Promissory Note by failing to tender to Dollar Loan Center/Rainbow $ 1500.00 per terms of Promissory Note, by September 7, 2007.

10.   CCCS has been compelled to retain the services of legal counsel to prosecute this action, and on that basis, is entitled to an award of attorney's fees and costs of suit herein.

## IV.   SECOND CAUSE OF ACTION
### BREACH OF CONTRACT

11.   Plaintiff hereby realleges all previous Paragraphs and by this reference incorporates the same herein as though set forth in full.

12.   On or about April 19, 2007, Dollar Loan Center/Rainbow entered into a written contract with
Defendant in the State of Nevada.  Pursuant to the terms of this contract Plaintiff agreed to lend the principal sum of $ 1500.00 to Defendant and Defendant agreed to repay Dollar Loan Center/Rainbow for said sum, pursuant to terms of the contract.  The contractual agreement between Dollar Loan Center/Rainbow and Defendant is now past due and owing pursuant to terms of the contract.

13.   The contractual agreement between Dollar Loan Center/Rainbow and defendant is now past due and owing pursuant to the terms of the contract.

14.   Dollar Loan Center/Rainbow duly performed all of their obligations under the contract.

15.   Plaintiff has made repeated demands for payment of the monies due and owing on the contract, but the Defendant has failed and refused, and still fails and refuses, to pay.

16.   Defendant's refusal to satisfy the Promissory Note, along with the interest rate and late charges to the Plaintiff, constitutes a material breach of the contract between the parties.

17.   Plaintiff is entitled to have and receive from Defendant the contractual obligation of the sum due and owing in the amount of $3958.81, plus interest and late charges as provided for in the contract.

Ltr 5800

18.  Plaintiff has been compelled to retain the services of legal counsel to prosecute this action and, on that basis, is entitled to an award of attorney fees and costs of suit herein

## V.  THIRD CAUSE OF ACTION
## MONIES DUE AND OWING

19.  Plaintiff hereby realleges all previous Paragraphs and by this reference incorporates the same herein as though set forth in full.

20.  On or about April 19, 2007 a promissory note was signed by Defendant for the amount of $ 1500.00.

21.  Plaintiff has made demand upon Defendant for the amount due and owing, but Defendant has failed and refuses to pay.

22.  Dollar Loan Center/Rainbow has been damaged in the amount of $ 3958.81.

23.  Plaintiff has been compelled to retain the services of legal counsel to prosecute this action and, on that basis, is entitled to an award of attorney fees and costs of suit herein.

Ltr 5800

WHEREFORE, plaintiff, Clark County Collection Services, LLC., prays as follows for each of its causes of action:

1. For a judgment against Defendant in the amount due and owing to plaintiff in the principal sum of $ 3958.81, plus interest to be added at the statutory rate, plus any other late fees accrued to date.

2. For reasonable attorney's fees and costs of suit incurred herein, and

3. For such other and further relief as this Court may deem just and proper.

Dated this 03 day of July, 2008

Respectfully Submitted

By_____

Miriam E. Rodriguez, Esq.
Law Office of Miriam E. Rodriguez P.C.
Nevada Bar #9425
1650 E Sahara Ave #2
Las Vegas, NV  89104
702-733-9292
Attorney for Clark County Collection Service, LLC

1

Ltr 5800

I Michael Davis, Director of Department 5 at Clark County Collection Service,

Plaintiff in the above-entitled action. I am authorized to make this verification on

its behalf. I have read the foregoing Summons and Complaint and know the

contents thereof. I am informed and believe and on that ground state that the

matters set forth therein are true.


Michael Davis
Director of Department 5
Clark County Collection Service


SUBSCRIBED and SWORN TO before

me this _____3_____ day of _____July_____, 2008.


Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
JOSEPH NORTON
No: 06-5914-1
My Appointment Expires Sept. 28, 2011

# EXHIBIT C

# JUSTICE COURT LAS VEGAS TOWNSHIP

## CLARK COUNTY, NEVADA

For Court Use

COUNTY COLLECTION SERVICE LLC )
)
                        Plaintiff, )
)
    -vs- )
)
MICHELLE KARONY )
FREDERICK KARONY )
                        )
                        Defendant. )

                    )

CASE NUMBER:     08C-031330

# SUMMONS

NOTICE:     YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR
BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ THE INFORMATION BELOW.

TO THE DEFENDANT: A Civil Complaint has been filed by the plaintiff against you for the relief set forth in the Complaint.

1.  If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of
    service, you must do the following:

    a.  File with the Clerk of this court, whose address is shown below, a formal written response (Answer) to
        the Complaint in accordance with the rules of the Court.  **A $30.00 filing fee is required.**

    b.  Serve a copy of your response upon the attorney whose name and address is shown below.

2.  Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment
    against you for the relief demanded in the Complaint, which could result in the taking of money or property or other
    relief requested in the Complaint.

3.  If you intent to seek the advice of an attorney in this matter, you should do so promptly so that your response may be
    filed on time.

Issued at the direction of:

Attorney for: CLARK COUNTY COLLECTION SERVICE

By:  JOURISHA G. BRELAND                    AUG 0 5 2008
     DEPUTY CLERK                           Date

Name:  Miriam E. Rodriguez, Esq.
       Law Office of Miriam E. Rodriguez P.C.
       Nevada Bar #9425
Address: 1650 E Sahara Ave #2
       Las Vegas, NV  89104
Phone#: 702-733-9292

JUSTICE COURT LAS VEGAS TOWNSHIP
Regional Justice Center
200 Lewis Ave 2nd Floor
P O Box 552511
Las Vegas, NV 89155-2511

NOTE: When service is by publication, add a brief statement of the object of the action.
See rules of Civil Procedure, Rule 4(b).

APPROPRIATE COURTROOM ATTIRE REQUIRED
NO SHORTS, HALTER TOPS OR TANK TOPS
SHOES ARE REQUIRED
(NO FOOD OR DRINK PERMITTED)

Ltr 5800

# EXHIBIT D

1  FREDRICK KARONY
   MICHELLE KARONY
2  4020 Perfect Lure St.
3  Las Vegas, Nevada 89129
   Phone: (702) 233-5784
4  In Pro Per

                                          F I L E D

                                    Dec  1  3 00 PM '08

                                        JOE
                                    LAS VEGAS NEVADA
                                    BY _____ DEPUTY

5          JUSTICE COURT, LAS VEGAS TOWNSHIP

6             CLARK COUNTY, NEVADA

7  CLARK COUNTY COLLECTION          )
8  SERVICE, LLC,                    )
                                    )
9          Plaintiff,               )        CASE NO.      08C-031336
                                    )        DEPT. NO.         7
10     vs.                          )
                                    )        ORDER GRANTING DEFENDANTS'
11 MICHELLE KARONY,                 )        MOTION TO DISMISS
12 FREDRICK KARONY                  )
                                    )
13         Defendants.              )
                                    )
14 _____

15     The Defendants' Motion to Dismiss filed on September 2, 2008, the Opposition filed on

16 September 16, 2008 by Plaintiff's counsel and the Reply filed by Defendants on September 26,

17 2008, duly come on for hearing before this Honorable Court on November 4, 2008.  Plaintiffs,

18 Michelle Karony and Frederick Karony were present at the time of the hearing.  Plaintiff's counsel,

19 Miriam E. Rodriguez, Esq. was not present at the time of the hearing.

20     IT IS ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Dismiss

21 is hereby granted.

22     DATED this __ day of November, 2008.

23

24                                          KAREN BENNETT-HARON

25                                          ~~DISTRICT~~ COURT JUDGE
                                            JUSTICE
26 Submitted by:

   By: Michelle Karony          By: Fredrick Karony
27 Michelle Karony                  Frederick Karony
   4020 Perfect Lure St.            4020 Perfect Lure St.
28 Las Vegas, NV 89129              Las Vegas, NV 89129
   Phone: (702) 233-5784           Phone: (702) 233-5784
   In Pro Per                      In Pro Per

# EXHIBIT E

1  Patrick J. Reilly, Esq.
   Nevada Bar No. 6103
2  HOLLAND & HART LLP
   3800 Howard Hughes Parkway, 10th Floor
3  Las Vegas, Nevada 89169
   Tel: (702) 669-4600
4  Fax: (702) 669-4650
   Email: preilly@hollandhart.com
5
   Attorneys for Plaintiff
6  Clark County Collection Service, LLC

FILED

JUL 20  7 50 AM '09
SDM

LAS            A
BY_____
               ITY

7

8                  JUSTICE COURT, LAS VEGAS TOWNSHIP

9                        CLARK COUNTY, NEVADA

10 CLARK COUNTY COLLECTION SERVICE,
   LLC,                                    Case No. : 08C-031336
11                Plaintiff,               Dept. No.: 12

12        vs.                              ORDER     GRANTING    AMENDED
                                           MOTION FOR RECONSIDERATION
13 MICHELLE KARONY,
   FREDERICK KARONY,
14
                  Defendants.
15

16        On July 7, 2009, this Court heard oral argument on an Amended Motion for

17 Reconsideration filed by Plaintiff Clark County Collection Service, LLC ("CCCS") in the above-

18 entitled action.  The Motion being timely filed, and good cause appearing, this Court hereby

19 GRANTS the Motion for Reconsideration. This Court's Order of December 1, 2008, dismissing

20 this action, is hereby vacated.  This Court will rehear Defendants' Motion on its substantive

21 merits on August 27, 2009, at 10:30 a.m.  CCCS shall file and serve any supplemental briefing

22 no later than July 25, 2009.  Defendants shall file and serve any supplemental briefing no later

23 than August 11, 2009.

24        IT IS SO ORDERED.

25        DATED this JUL 1 4 2009 day of July, 2009.

26

27

28                              DIANA L. SULLIVAN

                                JUSTICE COURT JUDGE

C:\NrPortbl\Worksite\P_REILLY\4563907_1.DOC        Page 1 of 2

1

Submitted by:

2

3

4   Patrick J. Reilly, Esq.
    Nevada Bar No. 6103

5   HOLLAND & HART LLP
    3800 Howard Hughes Parkway, 10th Floor

6   Las Vegas, Nevada 89169

7   *Attorneys for Clark County*
    *Collection Service, LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT F

*Fred Karony                    702 969 4858        09/24/09 01:54P  P.001*

*ATTN: RORY VOHWINKEL*
*PLEASE ADD THESE PAGES TO THE CASE*

JUSTICE COURT, LAS VEGAS TOWNSHIP

CLARK COUNTY, NEVADA

| | |
|---|---|
| CLARK COUNTY COLLECTION SERVICE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MICHELLE KARONY, FREDERICK KARONY, <br><br> Defendants. | CASE NO.: 08C-031336 <br> DEPT. NO.: 12 <br><br> **ORDER RE: MOTION TO DISMISS AND ORDER GRANTING DISCOVERY** |

On August 27, 2009, this Court heard oral argument on Defendants' Motion to Dismiss. Michael J. Harker, Esq. appeared on behalf of Defendants. Patrick J. Reilly, Esq. of Holland & Hart LLP appeared on behalf of Plaintiff Clark County Collection Service, LLC ("CCCS"). This Court converted Defendants' Motion into a Motion for Summary Judgment in accordance with JCRCP 12(b), due to the fact that consideration of the Motion required this Court to view matters outside the pleadings.

**FINDINGS OF FACT**

1.  This is a collection matter arising from a promissory note executed in favor of Dollar Loan Center, LLC ("DLC") for the principal amount of $1,500.00 (the "Promissory Note").

2.  The Promissory Note was executed by Defendant Michelle Karony on April 19, 2007, with a maturity date of April 24, 2008.

3.  Defendant Frederick Karony did not execute the Promissory Note.

1

## CONCLUSIONS OF LAW

**A.**      *Standard of Review on a Motion for Summary Judgment.*

     Under Nevada law, summary judgment is proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." JCRCP 56(c). All facts and inferences drawn must be viewed in the light most favorable to the non-moving party when determining whether a genuine issue of material fact exists for summary judgment purposes. *Sawyer v. Sugarless Shops*, 106 Nev. 265, 267, 792 P.2d 14, 15 (1990).

**B.**      *Frederick Karony Is Entitled to Dismissal with Prejudice.*

     It is undisputed that Frederick Karony did not execute the Promissory Note in question. As a matter of law, CCCS is not entitled to recover against him on its claims for breach of contract, breach of promissory note, and monies due and owing. *Non est factum.* Accordingly, this Court hereby GRANTS IN PART Defendants' motion and dismisses Frederick Karony from this case with prejudice.

**C.**      *NRS Chapter 604A Did Not Require Plaintiff to Offer Defendants an Opportunity to Enter into a Payment Plan before Filing the Present Lawsuit.*

     Chapter 604A became law in 2005, and was amended in 2007 (effective October 1, 2007). Assembly Bill 478 explicitly states that the 2007 amendments "do not apply to loans entered into before October 1, 2007." 2007 Nevada Laws Ch. 265 (A.B. 478), Section 33. Thus, contrary to Defendants' suggestion, the contract at issue in the present case must be examined under the original version of Chapter 604A (because the parties entered into it on April 19, 2007).

The original version of NRS 604A.475 provided, in pertinent part: "Before a licensee attempts to collect the outstanding balance on a loan in default by commencing any civil action or process of alternative dispute resolution or by repossessing a vehicle, the licensee shall offer the customer an opportunity to enter into a repayment plan." Licensee was defined as "any person who has been issued one or more licenses to operate a check-cashing service, deferred deposit loan service, short-term loan service or title loan service pursuant to the provisions of this chapter." NRS 604A.075 (2005).

Michelle Karnoy first suggests that she received a short-term loan (*i.e.*, a loan that would be governed by the applicable version of Chapter 604A). This is incorrect because the terms of the parties' agreement do not require the loan to be paid in full in less than one year. *See* NRS 604A.095 (2005) (defining a short-term loan as ""a loan made to a customer pursuant to a loan agreement which, under its original terms: (a) Charges an annual percentage rate of more than 40 percent; and (b) Requires the loan to be paid in full in less than 1 year.").

Karony also suggests that she is entitled to NRS 604A.475's consumer protections because she received a "high-interest loan"[1] from Plaintiff. However, while such loans are

---

[1]    NRS 604A.0703 presently provides:

    NRS 604A.0703 "High-interest loan" defined.

        1. "High-interest loan" means a loan made to a customer pursuant to a loan agreement which, under its original terms, charges an annual percentage rate of more than 40 percent.

        2. The term includes, without limitation, any single-payment loan, installment loan or open-ended loan which, under its original terms, charges an annual percentage rate of more than 40 percent.

        3. The term does not include:

            (a) A deferred deposit loan;

3

1   governed by the _present_ version of Chapter 604A, they are not governed by the version that

2   applies in the present case (*i.e.*, the 2005 version). Therefore, the Promissory Note and loan

3   are not rendered void or unenforceable, as suggested by Karony. To this extent, Defendants'

4   Motion is DENIED.

5   **D.   *This Court Declines to Consider Arguments Relating to Unconscionability.***

6           In their Supplemental Reply, Defendants asserted for the first time that the underlying

7   loan was unconscionable. This Court declines to consider, and takes no position upon, a

8   matter raised in the Supplemental Reply, as CCCS has not had an opportunity to respond to

9   Defendants' arguments. To this extent as well, Defendants' Motion is DENIED. Michelle

10  Karony may, however, raise the issue of unconscionability as a defense on a going forward

11  basis in this case, either in a subsequent motion after the conclusion of discovery, or at trial.

12

13  **E.   *Discovery Matters.***

14          At oral argument, the remaining parties agreed upon the following discovery

15  parameters: (1) 10 interrogatories per side; (2) 10 requests for production of documents per

16  side; (3) 10 requests for admissions per side; and (4) each party may take one deposition for

17

18

19

20

21

22

23

24                          (b) A refund anticipation loan; or

25                          (c) A title loan.

26                                              4

27

28

no more than one hour.  Upon the conclusion of discovery, any party may request a trial setting from this Court.

IT IS SO ORDERED.

DATED this ___17th___ day of September, 2009.

_____
JUDGE DIANA L. SULLIVAN

5

# EXHIBIT G

*Fred Katony's Credit Report* (handwritten)

|  |  |  |  |  | 08/08 |
|---|---|---|---|---|---|
| | Account closed by credit grantor 04/09; | | | | 07/08 |
| | Canceled by credit grantor | | | | 06/08 |
| | | | | | 05/08 |
| | | | | | 04/08 |
| | | | | | 03/08 |
| | | | | | 02/08 |
| | | | | | 01/08 |

| | Opened 05/96 | Reported 04/09 | High balance 5,408 | Reviewed — | 30 1 | 60 1 | 90+ 5 | Pastdue | Payment Profit & loss | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| CAP ONE 438864708388 | Last active 08/07 | *CX1 *BX1 *BU1 *CU1 *BQ1 *CQ1 [Joint] | High limit 4,300 | Revolv (R9) Credit card | 09/07 | 10/07 | 11/07 120....149 01/08 12/07 | | | |
| | Account closed by credit grantor 04/09; Canceled by credit grantor | | | | | | | | | |

| | Opened 12/06 | Reported 08/08 | High balance 5,648 | Reviewed — | 30 1 | 60 1 | 90+ 3 | Pastdue | Payment Profit & loss | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| BANK OF AMERICA 297 | Last active 03/08 | *CX1 *CU1 *CQ1 [Ind] | High limit 5,000 | Revolv (R9) Credit card | 03/08 | 04/08 | 05/08 120....149 07/08 06/08 | | | |
| | Account information disputed by consumer 08/08; Account closed at consumers request | | | | | | | | | |

| | Opened 03/08 | Reported 04/09 | High balance 3,958 | Reviewed — | 30 0 | 60 0 | 90+ 0 | Pastdue 5,416 | Payment Collection 07/08 | Balance 5,416 |
|---|---|---|---|---|---|---|---|---|---|---|
| CLARK COUNTY COLLECTIO 357720 | Last active 04/09 | *CX1 *BQ1 *CQ1 [Joint] | High limit 3,959 | Install (I9) Unknown | | | | | | |
| | Dollar Loan Center; Account information disputed by consumer; Unpaid; Consumer disputed this account information; Closed 04/09 | | | | | | | | | |

| | Opened 06/07 | Reported 03/09 | High balance 39 | Reviewed 21 mos | 30 0 | 60 0 | 90+ 0 | Pastdue -0- | Payment $108 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| CITIFINANCIA 6072802327310649 | Last active 03/09 | BU1 CU1 BQ1 CQ1 [Joint] | High limit 3,600 | Revolv (R1) Installment loan | | | | | | |
| | Installment sales contract | | | | | | | | | |

| | Opened 06/07 | Reported 03/09 | High balance 39 | Reviewed 22 mos | 30 0 | 60 0 | 90+ 0 | Pastdue -0- | Payment $108 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| CITIFINANCIAL 6072802327310649 | Last active 03/09 | CX1 BX1 [Joint] | High limit | Install (I1) Installment loan | | | | | | |

| | Opened 05/08 | Reported 04/09 | High balance 2,235 | Reviewed — | 30 0 | 60 | 90+ 1 | Pastdue | Payment Collection 07/08 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| LHR,INC. 2105506 | Last active 04/09 | *BX1 *BU1 *BQ1 [Ind] | High limit | Install (I9) Unknown | | | 120....149 04/09 06/08 | | | |
| | First Equity; Account information disputed by consumer; 08 FIRST EQUITY; Consumer disputed this account information; Closed 04/09 | | | | | | | | | |

| | Opened 04/07 | Reported 11/08 | High balance 2,600 | Reviewed — | 30 1 | 60 1 | 90+ 2 | Pastdue | Payment Profit & loss | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| ~~(redacted)~~ | Last active 06/08 | *BX1 *BQ1 [Ind] | High limit — | Install (I9) Installment loan | 07/08 | 08/08 | 09/08 120....149 10/08 | | | |
| | Amount in high credit original charge-off amount; Closed 11/08 | | | | | | | | | |

| | Opened 10/01 | Reported 03/09 | High balance 2,544 | Reviewed 91 mos | 30 0 | 60 0 | 90+ 0 | Pastdue | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|---|

4/30/2009

# EXHIBIT H

# EQUIFAX

## CREDIT FILE : January 22, 2009

**Personal Identification Information** (This section includes your name, current and previous addresses, and any other identification information not reported by your creditor(s).)

Name On File: **Fred Alex Karony**
Social Security #: XXX-XX-7345   Date of Birth: September 18, 1950
Current Address: 4020 Perfect Lure St, Las Vegas, NV 89129 (702) 233-5784 Reported: 12/2007
Previous Address(es): 6916 Dorita Ave Unit 202, Las Vegas, NV 89108 Reported: 08/2008
Last Reported Employment: Action Realestat;
Previous Employment(s): Prudential CA RE;
James Herman REA;

**ALERT(s):   File Blocked For Promotional Purposes**

**Consumer Statement** (Credit grantors may view the statement when reviewing your credit. This section lists the statement of personal statement regarding their credit file.)

Date Recorded: 10/2008

ON ALL OF THE ABOVE DISPUTES THE CREDITORS HAVE VIOLATED THE FDCPA AND FCRA I AM IN THE PROCESS OF FILING A LAWSUIT AGAINST CREDITORS INTERCHANGE AND CLARK COUNTY ?????????? AGENCY I HAVE ALREADY FILED A LAWSUIT AGAINST COUNTRYWIDE FOR NUMEROUS VIOLATIONS REGARDING FEDERAL AND STATE LAW

**Collection Agency Information** (This section contains accounts that credit grantors have placed for collection with a collection agency.)

Clark County Collection; Collection Reported 10/2008; Assigned 03/2008; Client - Dollar Loan Center; Amount - $3,958 ; Status as of 10/2008 - Unpaid; Date of 1st Delinquency 09/2007; Balance as of 10/2008 - $5,416 ; Joint Account; Account # - 357720; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account;
**Address:** 6124 W Sahara Ave Service Las Vegas NV 89146-3051 : (702) 889-9229        *Remove*

Delinquency 12/2007; Balance as of 01/2009 -             - Individual Account; Account # -             - Status as of 01/2009 - Unpaid; Date of 1st
Information; **Address:** 370 17th St Ste 5000 Denver CO 80202-5690 : (877) 248-8343        *Remove*

Reported 01/2009; Assigned 06/2008; Creditor Class - Banking; Client - Bank of America N A; Amount

---

## Confirmation # 9022047

**Please address all future correspondence to:**

www.investigate.equifax.com
Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348

(866) 224-9235
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding specific information contained in this credit file, you must call **WITHIN DAYS** of the date of this credit file **AND** have a copy of this credit along with the confirmation number.

The Statement/Alert Shown Below Expires On: 09/

9022047675APP-00067601S-677 -785 - C

( Continued On Next Page )

P. O. Box 105518
Atlanta, GA 30348

||||ı|ı|ılı|ılıllıl|ılılılılllılllı|llıll|llıll
000696915-5908
Fred Alex Karony
4020 Perfect Lure St
Las Vegas, NV 89129-6089

# EQUIFAX

**CREDIT FILE : April 8, 2009**
**Confirmation # 9063070516**

Dear Fred Alex Karony:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

You may contact Equifax regarding the specific information contain in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-8188 from 9:00am to 5:00pm, Monday-Friday in your time zone. If you want to request a free copy of the Equifax credit file you can call our toll free number at (877) 576-5766.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

**Collection Agency Information** (This section indicates accounts that have been placed for collection with a collection agency.)

>>> **We have researched the collection account. Account # - 14989190008001352  The results are:** Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Cach, LLC, 370 17th St Ste 5000, Denver CO 80202-5690 Phone: (877) 248-8343**

—————— Collection Reported 04/2009; Assigned 06/2008; Creditor Class - Banking; Client - ~~~~~~~~~~~~~~~~~ Account #- ~~~~~~~~ ; Status as of 04/2009 - Unpaid; Date of 1st Delinquency 12/2007; Balance as of 04/2009 - $~~~~~~; Individual Account; Account #- ~~~~~~~~~~~~~~~~~ ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account Address: 370 17th St Ste 5000  Denver CO 80202-5690 ; ~~~~~~~~~~~~~

>>> **We have researched the collection account. Account # - 357720  The results are:** Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Clark County Collection, 6124 W Sahara Ave, Service, Las Vegas NV 89146-3051 Phone: (702) 869-9229**

Clark County Collection;  Collection Reported 04/2009; Assigned 03/2008; Client - Dollar Loan Center; Amount - $3,959 ; Status as of 04/2009 - Unpaid; Date of 1st Delinquency 09/2007; Balance as of 04/2009 - $5,416 ; Joint Account; Account # - 357720; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Address: 6124 W Sahara Ave Service Las Vegas NV 89146-3051 ; (702) 869-9229

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by ( ). This section includes both open and closed accounts reported by credit grantors.)

| Account History | | | | |
|---|---|---|---|---|
| Status Code | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Descriptions | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **We have researched the credit account. Account # - 210*  The results are:** Equifax verified that this item belongs to you. If you have additional questions about this item please contact: **Lhr, Inc/Lhr, Inc., 56 Main St, Hamburg NY 14075-4905 Phone: (800) 880-6472**

(Continued On Next Page)

Page 1 of 2

9063070516APP-000696915-5908-8617-AS

# EQUIFAX

**CREDIT FILE : September 5, 2009**
**Confirmation # 9215034305**

P. O. Box 105518
Atlanta, GA 30348

000733780-2063
Fred Alex Karony
4020 Perfect Lure St
Las Vegas, NV 89129-6089

Dear Fred Alex Karony:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

You may contact Equifax regarding the specific information contain in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 800-8851 from 9:00am to 5:00pm Monday-Friday in your time zone. If you want to request a free copy of the Equifax credit file you can call our toll free number at (877) 576-5766.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

>>>  **We have reviewed your concerns and our conclusions are:**

The disputed judgement case number 08c-031336 is not currently reporting on your credit file.

**Collection Agency Information** *(This section includes account that have been placed for collection with a collection agency)*

>>>  **We have researched the collection account. Account # - 1498919008001352. The results are:** Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Cach, LLC, 370 17th St Ste 5000, Denver CO 80202-5690 Phone: (877) 248-8343*

Cach, LLC; Collection Reported 09/2009; Assigned 06/2008; Creditor Class - Banking; Client _____; Amount _____; Status as of 09/2009 - Unpaid; Date of 1st Delinquency 12/2007; Balance as of 09/2009 - _____; Individual Account; Account # - _____; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Address: 370 17th St Ste 5000 Denver CO 80202-5690 _____

>>>  **We have researched the collection account. Account # - 357720. The results are:** Equifax verified that this item belongs to you. If you have additional questions about this item please contact: *Clark County Collection, 6124 W Sahara Ave, Service, Las Vegas NV 89146-3051 Phone: (702) 889-9229*

Clark County Collection; Collection Reported 09/2009; Assigned 03/2008; Client - Dollar Loan Center; Amount - $3,958 ; Status as of 09/2009 - Unpaid; Date of 1st Delinquency 09/2007; Balance as of 09/2009 - $5,416 ; Joint Account;Account # - 357720; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Address: 6124 W Sahara Ave Service Las Vegas NV 89146-3051 : (702) 889-9229

( Continued On Next Page )

9215034305APP-000733780- 2063- 2638 - AS

P. O. Box 105518
Atlanta, GA 30348

004381

000733661-4381
Fred Alex Karony
4020 Perfect Lure St
Las Vegas, NV 89129-6089

# EQUIFAX

**CREDIT FILE : September 4, 2009**
**Confirmation # 9211028166**

Dear Fred Alex Karony:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

You may contact Equifax regarding the specific information contain in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 800-8551 from 9:00am to 5:00pm Monday-Friday in your time zone. If you want to request a free copy of the Equifax credit file you can call our toll free number at (877) 576-5766.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

**Collection Agency Information   (This section include accounts that have been placed for collection with a collection agency)**

**>>> We have researched the collection account.  Account # - 357720  The results are:** Equifax verified that this item belongs to you. If you have additional questions about this item please contact: **Clark County Collection, 6124 W Sahara Ave, Service, Las Vegas NV 89146-3051 Phone: (702) 889-9229**

Clark County Collection; Collection Reported 09/2009; Assigned 03/2008; Client - Dollar Loan Center; Amount - $3,958 ; Status as of 09/2009 - Unpaid; Date of 1st Delinquency 09/2007; Balance as of 09/2009 - $5,416 ; Joint Account; Account # - 357720; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Address: 6124 W Sahara Ave Service Las Vegas NV 89146-3051 : (702) 889-9229

## Notice to Consumers

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the nature of your dispute. If the review does not resolve your dispute and further investigation is required, notification of your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions or changes to your credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably available, the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown under the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

P. O. Box 105518
Atlanta, GA 30348

005586

||.||.||..||.||.||.|||.|.|||.|||.||||.|||.|||..||||...||
000714374-5586
Fred Alex Karony
4020 Perfect Lure St
Las Vegas, NV 89129-6089

# EQUIFAX

**CREDIT FILE : June 23, 2009**
**Confirmation # 9140018603**

Dear Fred Alex Karony:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

You may contact Equifax regarding the specific information contain in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 800-7317 from 9:00am to 5:00pm Monday-Friday in your time zone. If you want to request a free copy of the Equifax credit file you can call our toll free number at (877) 576-5766.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

**>>> We have reviewed your concerns and our conclusions are:**

The disputed case number 08-c-031336 is currently not reporting on your credit file.

**Collection Agency Information:** (This section includes accounts that have been placed for collection with a collection agency.)

**>>> We have researched the collection account. Account # - 357720 The results are:** Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Clark County Collection, 6124 W Sahara Ave, Service, Las Vegas NV 89146-3051 Phone: (702) 889-9229*

Clark County Collection; Collection Reported 06/2009; Assigned 03/2008; Client- Dollar Loan Center; Amount - $3,958 ; Status as of 06/2009 - Unpaid; Date of 1st Delinquency 09/2007; Balance as of 06/2009 - $5,416 ; Joint-Account/ Account # -357720; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; Collection Account; Address: 6124 W Sahara Ave Service Las Vegas NV 89146-3051 ; (702) 889-9229

**Notice to Consumers**

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the nature of your dispute. If the review does not resolve your dispute and further investigation is required, notification of your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions or changes to your credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably available, the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown under the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(Continued On Next Page )

Page 1 of 2

9140018603APP-000714374-5586 - 7329 - AS



**Experian™**

A world of insight

**Prepared for:**
FREDERICK KARONY

**Report number**
1568931835

**Report date:**
March 31, 2009

www.experian.com/disputes
Call 800 509 8495

**Page 1 of 2**

**Dear FREDERICK KARONY,**

We are responding to the information you sent us. Upon careful review of your information, we determined that we were not able to use it. We are contacting the source of the information you questioned. When we complete our verification process, which may take up to 30 days or up to 45 days for an investigation of information in an annual free credit report, we will send you the results.

Sincerely,

Experian
NCAC
P.O. Box 9702
Allen TX 75013

**************SCH 3-DIGIT 890
0001596  1 AT 0.346 L 768
FREDERICK KARONY
4020 PERFECT LURE ST
LAS VEGAS NV 89129-6089

Save a tree! Go green if you need to contact us again by visiting www.experian.com/consumer. or call us.

**:::: Experian**
*A world of insight*

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
***************SCH.3-DIGIT 890
0002497   I AT 0.346 L 782
FRED KARONY
4020 PERFECT LURE ST
LAS VEGAS NV 89129-6089
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖



**Prepared for**
FRED KARONY
April 07, 2009

**Report number**
2501363182

**Report date**
April 07, 2009

www.experian.com/disputes   Page 1 of 2

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

• request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
• add a statement disputing the accuracy or completeness of the information, and
• request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains Updated** - This item has been verified as accurate

**A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.**

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

## Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

| Credit items | Outcome |
|---|---|
| CACH LLC<br>14989190080GO..... | |
| **Still pending** | |
| CLARK COUNTY COLLECTION | *Updated* |
| 35.... | |
| **Projected completion date** | |
| *Apr 18, 2009* | |

Visit experian.com/status to check the status of your pending disputes at any time

## Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport.

☐ To receive a copy by mail, check this box and within 30 days return this original page to Experian, P.O. Box 9701, Allen, TX 75013. Copies will not be accepted.

**What's your credit score?**

**Find out by ordering your VantageScore℠ from Experian for only $6. To order your VantageScore, call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager. www.creditexpert.com.**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Save a tree! Go green if you need to contact us again by

Save a tree! Go green if you need to contact us again by

⋮⋮Experian™

"A world of insight"

**Prepared for:**
FRED KARONY

**Report number**
3847828507

**Report date:**
April 11, 2009

www.experian.com/disputes
Call 800 509 8495

**Page 2 of 2**

## Credit items

**CLARK COUNTY COLLECTION**
8860 W SUNSET RD STE 100
LAS VEGAS NV 89148
No phone number available

*Partial account number*
357720

**Original creditor: DOLLAR LOAN CENTER**

| *Date opened* | *Date of status* | *Type* | *Responsibility* | *Credit limit or original amount* | *Recent balance* |
|---|---|---|---|---|---|
| Mar 2008 | Jul 2008 | Collection | Joint with MICHELLE KARONY | $5,958 | $5,416 as of Apr 2009 |

| *Reported since* | *Last reported* | *Terms* | | *High balance* |
|---|---|---|---|---|
| Jul 2008 | Apr 2009 | 1 Months | | NA Apr 2009 |

| | | *Monthly payment* | | |
|---|---|---|---|---|
| | | NA | | |

Status: Collection account. $5,416
past due as of Apr 2009.

Account history:
Collection as of Apr 2009, Oct 2008,
Sep 2008, Jul 2008

This account is scheduled to continue
on record until Jun 2014.

Comment: *"Account information
disputed by consumer (Meets
requirement of the Fair Credit Reporting
Act)."*

This item was verified and updated on
Jul 2008.
Address identification number:
594833028

**:::: Experian™**
*A world of insight*

FRED KARONY
**Report number**
3847828507

April 11, 2009
www.experian.com/disputes
Call 800 509 8495

**Page 2 of 2**

## Credit items

### CLARK COUNTY COLLECTION
8860 W SUNSET RD STE 100
LAS VEGAS NV 89148
No phone number available
**Partial account number**
357720

**Original creditor: DOLLAR LOAN CENTER**

| | | | | |
|---|---|---|---|---|
| *Date opened* | *Date of status* | *Type* | *Responsibility* | *Credit limit or original amount* |
| Mar 2008 | Jul 2008 | Collection | Joint with MICHELLE KARONY | $3,958 |
| *Reported since* | *Last reported* | *Terms* | | *Recent balance* |
| Jul 2008 | Apr 2009 | 1 Months | | $5,416 as of Apr 2009 |
| | | *Monthly payment* | | *High balance* |
| | | NA | | NA |

Status: Collection account, $5,416
past due as of Apr 2009.

Account history:
Collection as of Apr 2009, Oct 2008,
Sep 2008, Jul 2008

This account is scheduled to continue
on record until Jun 2014.

Comment: *"Account information
disputed by consumer (Meets
requirement of the Fair Credit Reporting
Act)."*

This item was verified and updated on
Jul 2008.
Address identification number:
594833028

ave a tree! Go green if you need to contact us again by
visiting www.experian.com/consumer, or call us.

0210388099          L-788-06047-010100

∴∷∷: Experian™
A world of insight

FRED KARONY
Report number
3315537459

April 17, 2009
www.experian.com/disputes  |Page 1 of 26

|||||||||||||||||||||||||||||||||||||||||||||||
**********MIXED ADC 530
0000180 4 SP 1.340 F 802
FRED KARONY
4020 PERFECT LURE ST
LAS VEGAS NV 89129-6089
|||||||||||||||||||||||||||||||||||||||||||||||

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

• request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;

• add a statement disputing the accuracy or completeness of the information; and

• request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

## Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

**Credit items**

CLARK COUNTY COLLECTIO
35....

Outcome

*Deleted*

Visit experian.com/status to check the status of your pending disputes at any time

### What's your credit score?

Find out by ordering your VantageScore℠ from Experian for only $6. To order your VantageScore call 1 888 322 5583.

### Protect and manage your credit with Credit Manag www.creditexpert.com.

By law, we cannot disclose certain medical information (relating to physical, mental behavioral health or conditi Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to othe they display only as MEDICA PAYMENT DATA. Consume statements included on your report at your request that contain medical information a disclosed to others.





ve a tree! Go green if you need to contact us again by visiting www.experian.com/consumer, or call us.

# :::Experian™

A world of insight

Prepared for
FRED KARONY
Report number
2501363182

Report date
January 22, 2009
www.experian.com/disputes
Call 1 800 509 8495

Page 4 of 26

## Potentially negative items or items for further review continued

**CLARK COUNTY COLLECTION**
8860 W SUNSET RD
LAS VEGAS NV 89148
*No phone number available*
*Partial account number*
357720

| Date opened | Date of status | Type | Responsibility |
|---|---|---|---|
| Mar 2008 | Jul 2008 | Collection | Joint with MICHELLE KARONY |
| Reported since | Last reported | Terms | High balance |
| Jul 2008 | Oct 2008 | 1 Months | NA |
| | | Monthly payment | |
| | | NA | |

| Credit limit or original amount | Recent balance |
|---|---|
| $3,958 | $5,416 as of Oct 2008 |

Status: Collection account. $5,416
past due as of Oct 2008.
Account history:
Collection as of Oct 2008, Sep 2008,
Jul 2008
This account is scheduled to continue
on record until Jun 2014.
Comment: "Account information disputed
by consumer (Meets requirement of the
Fair Credit Reporting Act)."
This item was verified and updated on
Jul 2008.
Address identification number:
594833028

Original creditor: DOLLAR LOAN CENTER

**COUNTRYWIDE HOME
LOANS**
450 AMERICAN ST # SV416
SIMI VALLEY CA 93065
(800) 669-6607
*Partial account number*
1096....

| Date opened | Date of status | Type | Responsibility |
|---|---|---|---|
| Aug 2005 | Jun 2008 | Mortgage | Joint with MICHELLE KARONY |
| Reported since | Last reported | Terms | High balance |
| Sep 2006 | Jun 2008 | 30 Years | NA |
| | | Monthly payment | |
| | | $2,455 | |

| Credit limit or original amount | Recent balance |
|---|---|
| $441,350 | $457,244 as of Jun 2008 |

Status:
started
past due as of Jun 2008.
Account history:

*(Partial account number)*
1096....

Save a tree! Go green if you need to contact us again by
visiting www.experian.com/consumer, or call us.

Chester, PA 19022

03/25/2009    TransUnion.

P0QQ6Q00201568-I006283
FRED A. KARONY
4020 PERFECT LURE ST
LAS VEGAS, NV 89129

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
|  | # ~~4~~ | NEW INFORMATION BELOW |
| LHR INC | # 2105506 | VERIFIED, NO CHANGE |
| CLARK COUNTY COLLECTION | # 357720 | DELETED |
| AMERICAS SERVICING CO | # 1061256027413 | DELETED |
| ADJUSTABLE RATE MORTGAGE | Public Record | DELETED |



03/25/2009   TransUnion.

P0QQ6Q00201568-I006283
FRED A. KARONY
4020 PERFECT LURE ST
LAS VEGAS, NV 89129

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| LHR INC | # 1480011000001052 | NEW INFORMATION BELOW |
| CLARK COUNTY COLLECTION | # 2105506 | VERIFIED, NO CHANGE |
| AMERICAS SERVICING CO | # 357720 | DELETED |
| ADJUSTABLE RATE MORTGAGE | # 1061256027413 | DELETED |
| | Public Record | DELETED |